**CHIEF JUSTICE**
  ROGELIO VALDEZ

**JUSTICES**
  NELDA V. RODRIGUEZ
  DORI CONTRERAS GARZA
  GINA M. BENAVIDES
  GREGORY T. PERKES
  NORA L. LONGORIA

**CLERK**
  CECILE FOY GSANGER



# Court of Appeals

## Thirteenth District of Texas

NUECES COUNTY COURTHOUSE
901 LEOPARD, 10TH FLOOR
CORPUS CHRISTI, TEXAS 78401
361-888-0416 (TEL)
361-888-0794 (FAX)

HIDALGO COUNTY
ADMINISTRATION BLDG.
100 E. CANO, 5TH FLOOR
EDINBURG, TEXAS 78539
956-318-2405 (TEL)
956-318-2403 (FAX)

*www.txcourts.gov/13thcoa*

July 16, 2015

Hon. Joseph Moreno
Attorney at Law
23409 El Paso Drive
Harlingen, TX 78552
* DELIVERED VIA E-MAIL *

Hon. Luis V. Saenz
District Attorney
964 E. Harrison
Brownsville, TX 78520-7123
* DELIVERED VIA E-MAIL *

Re:      Cause No. 13-15-00284-CR
Tr.Ct.No. 2014-DCR-00966-E
Style:   Wilson Orlando Matamoros a/k/a Wilson Matamoros a/k/a Wilson Orlando Matamoros Reyes v. The State of Texas

Appellant's motion to set aside motion to appoint counsel in the above-referenced cause was this day GRANTED by this Court.

Very truly yours,

Cecile Foy Gsanger, Clerk

CFG:ch